466 A.2d 710

Schaefer G.M.C. Truck Sales v. Rubright, Appellant.

Submitted April 26, 1983. Philip P.G. Lope, for appellant; Douglas A. Campbell, for appellee.

Before ROWLEY, POPOVICH and HOFFMAN, JJ.

Order affirmed.

466 A.2d 710

Wood, Appellant v. Grace.

Argued June 1, 1983. William H. Lamb, for appellant; Henry A. Stein, for appellee.

Before ROWLEY, WIEAND and BECK, JJ.

Orders affirmed.